#611335  #128125

FILED
2009 DEC -3 PM 2:55
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                *        CASE # 04-36818 W
                               CHAPTER 13
                      *
Williams, Phillis E.
Debtor                *

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case and/or case was closed. A stop payment has been issued on the following checks remaining unpaid. The names of the persons to whom such non-negotiated checks were issued, the amounts of such checks and the check numbers are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 603314 | Capital One Bank<br>P O Box 85167<br>Richmond, VA 23285 | 50.95 | 10/30/09 |
| 603315 | Same as above | 37.68 | 10/30/09 |
| 603316 | Same as above | 66.99 | 10/30/09 |

2. Your trustee's check #611335 for a total of $155.62 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 11/30/09

John P. Gustafson
Trustee in Bankruptcy